IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, successor in interest to COLONIAL BANK, by asset acquisition from the FDIC, as Receiver for Colonial Bank, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CIVIL ACTION NO. 15-00398-KD-N ) |
| MACLAY CONSTRUCTION, INC. and CHARLES A. MACLAY, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order granting Branch Banking and Trust Company's motion for summary judgment (doc. 31) and the Order entered contemporaneously herewith, it is **ORDERED, ADJUDGED** and **DECREED** that judgment is entered as follows:

1) In favor of Branch Banking and Trust Company and against Maclay Construction, Inc., in the amount of $217,628.46 as to Note 1, $18,182.70 as to Note 2, and reasonable attorney's fees, costs, and expenses in the amount of $3,042.29, for a total of $238,853.45 as of February 9, 2016.

2) In favor of Branch Banking and Trust Company and against Charles A. Maclay in the amount of $217,628.46 as to Note 1, $18,182.70 as to Note 2, and reasonable attorney's fees, costs, and expenses in the amount of $6,084.59, for a total of $241,895.75 as of February 9, 2016

**DONE** and **ORDERED** this 15th day of April 2016.

 s / Kristi K DuBose
 KRISTI K. DuBOSE
 UNITED STATES DISTRICT JUDGE